Rachel R. Davidson, (State Bar No. 215517)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (WSBA No. 14262)
Shaakirrah R. Sanders (WSBA No. 37244)
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CIET SYSTEMS, INC. and AARON MARKIZER,<br><br>　　　　　　　　　　Defendants. | Case No. C 06-06714 JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID A. BATEMAN PRO HAC VICE** |

David A. Bateman, an active member in good standing of the Bar Associations of the State of Washington and the U.S. District Courts for the Western and Eastern Districts of Washington, and, whose business address and telephone number are Preston Gates & Ellis LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158, (206) 370-7580, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft Corporation.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*.  Service of papers upon and communication with co-counsel designated in the application will
4 constitute notice to the party.  All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing*.

6

7  DATED: Nov. 3, 2006  _____

8  United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]