Rachel R. Davidson, (State Bar No. 215517)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

David A. Bateman (WSBA No. 14262)
Shaakirrah R. Sanders (WSBA No. 37244)
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CIET SYSTEMS, INC. and AARON MARKIZER,<br><br>        Defendants. | Case No. C 06-06714 JCS<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF SHAAKIRRAH R. SANDERS PRO HAC VICE** |

Shaakirrah R. Sanders, an active member in good standing of the Bar Associations of the States of Louisiana, New York, and Washington, U.S. District Court for the Eastern, Western, and Middle Districts of Louisiana, U.S. District Court for the Western District of Washington, and the U.S. Court of Appeals for the Second, Fifth, Eighth, and Ninth Circuits, and, whose business address and telephone number are Preston Gates & Ellis LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158, (206) 623-7580, having applied in the above-entitled action for admission

---

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF SHAAKIRRAH R. SANDERS *PRO HAC VICE*
Case No. C 06-06714 JCS

1

Printed on Recycled Paper

1 to practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft
2 Corporation.
3       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
5 *vice*.  Service of papers upon and communication with co-counsel designated in the application will
6 constitute notice to the party.  All future filings in this action are subject to the requirements
7 contained in General Order No. 45, *Electronic Case Filing*.

9   DATED: Nov. 3, 2006



10                                                         United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLICATION                 2                         Printed on Recycled Paper
FOR ADMISSION OF SHAAKIRRAH R. SANDERS *PRO HAC VICE*
Case No. C 06-06714 JCS