Rachel R. Davidson, (State Bar No. 215517)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff
Microsoft Corporation

Emmanuel Perez (*pro hac vice pending*)
EMMANUEL PEREZ & ASSOCIATES, P.A.
901 Ponce De Leon Blvd., #303
Coral Gables, FL 33134
Telephone: (305) 442-7443
Facsimile: (305) 441-9218

Attorneys for Defendant
Ciet Systems, Inc., et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>CIET SYSTEMS, INC. and AARON D. MARKIZER,<br><br>                  Defendant. | Case No. C 06-06714 MJJ<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>AND ORDER |

Defendants, Ciet Systems, Inc., and Aaron Markizer ("Defendants") and the Plaintiff, Microsoft Corporation, stipulate to an extension of time for the Defendants to file a response to the complaint until December 14, 2006.

/ / /

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent this 27th day of November to all interested parties.

                        Respectfully Submitted:

DATED: November 27, 2006       PRESTON GATES & ELLIS LLP

By   /s/
    Rachel R. Davidson
    Attorney for Plaintiff
    Microsoft Corporation

DATED: November 27, 2006       EMMANUEL PEREZ & ASSOCIATES, P.A.

By   /s/
    Emmanuel Perez
    Attorney for Defendant
    Ciet Systems, Inc., et al.



GRANTED
Judge Martin J. Jenkins
11/29/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA