1   Rachel R. Davidson, (State Bar No. 215517)
    KIRKPATRICK & LOCKHART PRESTON
2   GATES & ELLIS LLP
    55 Second Street, Suite 1700
3   San Francisco, California 94105-3493
    Telephone: (415) 882-8200
4   Facsimile:  (415) 882-8220

5   David A. Bateman (pro hac vice)
    Shaakirrah R. Sanders (pro hac vice)
6   KIRKPATRICK & LOCKHART PRESTON
    GATES & ELLIS LLP
7   925 Fourth Avenue, Suite 2900
    Seattle, WA 98104
8   Telephone: (206) 623-7580
    Facsimile: (206) 370-6110

9
    Attorneys for Plaintiff
10  Microsoft Corporation

11  Lawrence G. Townsend (State Bar No. 88184)
    455 Market Street, 19th Floor
12  San Francisco, CA 94105
    Telephone: (415) 882-3288
13  Facsimile: (415) 882-3232
    e-mail: ltownsend@owe.com
14
    Attorneys for Defendants
15  Ciet Systems, Inc. and Aaron
    D. Markizer
16

17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20  MICROSOFT CORPORATION, a          )  Case No. C 06-06714 WHA
    Washington corporation,           )
21                         Plaintiff, )  STIPULATION AND ORDER FOR
                                       )  PERMANENT INJUNCTION
22       v.                           )
                                       )
23                                     )
    CIET SYSTEMS, INC. and AARON D.   )
24  MARKIZER,                         )
                                       )
25                        Defendants.  )
                                       )
26

27

28

1    It is hereby stipulated by and between Plaintiff Microsoft Corporation ("Microsoft")

2    and Defendants Ciet Systems, Inc. and Aaron D. Markizer, ("Defendants") through his designated

3    counsel of record, that Defendants shall cease and refrain from engaging in any of the following

4    activities, and from assisting, aiding, or abetting any other person or entity in engaging in or

5    performing any of the following activities:

6        a.    engaging in the business of advertising, distributing, and selling counterfeit

7    computer software, including programs covered by Microsoft's registered copyrights and bearing

8    Microsoft's registered trademarks or imitations thereof;

9        b.    advertising and distributing counterfeit Microsoft software in interstate

10   commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com) and

11   PriceGrabber (www.pricegrabber.com); and

12       c.    engaging in any other activity constituting an infringement of any of

13   Microsoft's property rights, Registered or Unregistered Trademarks, service marks and/or

14   copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks,

15   service-marks, and/or copyrights.

16       Defendants, by their signatures below, represent and warrant that they reviewed and

17   have the authority to approve the Stipulation and Order for Permanent Injunction.  Microsoft's

18   attorney warrants that she has the consent of Microsoft, has discussed this with it, and has the

19   authority to bind Microsoft.

20

21   DATED: July 31 , 2007                    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

22

23                                           By /s/ Rachel R. Davidson
                                                Rachel R. Davidson
24                                              Attorney for Microsoft Corporation

25
     DATED: July 31, 2007
26                                           By /s/
                                                Aaron D. Makizer
27                                              Ciet Systems, Inc.

28

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this __27th__ day of August, 2007.

_____
The Honorable William H. Alsup
United States District Judge