Rachel R. Davidson, (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

David A. Bateman (pro hac vice)
Shaakirrah R. Sanders (pro hac vice)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

Lawrence G. Townsend (State Bar No. 88184)
455 Market Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3232
e-mail: ltownsend@owe.com

Attorneys for Defendants
Ciet Systems, Inc. and Aaron
D. Markizer

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                  Plaintiff,<br><br>    v.<br><br>CIET SYSTEMS, INC. and AARON D. MARKIZER,<br><br>                  Defendants. | Case No. C 06-06714 WHA<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Microsoft Corporation ("Microsoft") and Defendant Ciet Systems, Inc and Aaron D. Markizer, ("Defendants") through their designated counsel of record, that the Complaint for Willful Copyright Infringement in Violation of 15 U.S.C. §§ 501, et seq., Willful Trademark Infringement in Violation of 15 U.S.C. §§ 1114 et seq., False Designation of Origin In Violation of 15 U.S.C. §§ 1125 et seq., Constructive Trust, and Accounting in the above-entitled action be and hereby is dismissed, with prejudice, in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

The parties entered into a Settlement Agreement pursuant to which the parties agreed that they would request this Court to retain jurisdiction over any future enforcement of the Settlement Agreement.

DATED: August 17, 2007                KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By /s/ Rachel R. Davidson
Rachel R. Davidson
Attorney for Microsoft Corporation


DATED: August 17, 2007


By /s/ Lawrence G. Townsend
Lawrence G. Townsend
Attorney for Ciet Systems, Inc. and
Aaron D. Markizer

## **ORDER**

Having considered the parties Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. This action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2. This Court shall maintain jurisdiction over this case for the purpose of any action to enforce the Settlement Agreement.

Dated: August 27, 2007

*IT IS SO ORDERED*
*[signature]*
*Judge William Alsup*

_____
The Honorable William Alsup
UNITED STATES DISTRICT JUDGE